UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIENG DENH LE,

        Plaintiff,        CIV. S-01-0686-FCD PAN

    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.
_____

SIENG LEE,

        Plaintiff,        CIV. S-05-1879 CMK

    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.        RELATED CASE ORDER

-o0o-

Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 83-123(a). The actions are based on the same or similar claims, similar questions of fact and the same question of law. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort.

It is ordered that the action denominated CIV. S-05-1879-CMK be, and the same hereby is, reassigned to magistrate judge Peter A. Nowinski for all further proceedings, and any dates currently set in this reassignment case only are vacated. The parties are referred to the attached order. Henceforth, the caption on the document filed in the reassigned case shall be shown as CIV. S-05-1879-PAN.

It is further ordered that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: February 8, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge